Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:23-CR-0096-MKD |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. § 2252A(a)(2)(A), (b)(1) Receipt of Child Pornography (Count 1) |
| JOHNATHAN FREEMAN HUNT, | |
| Defendant. | 18 U.S.C. § 2252A(a)(2)(A), (b)(1) Distribution of Child Pornography (Count 2) |
| | 18 U.S.C. § 2252A(a)(5)(B), (b)(2) Possession of Child Pornography (Count 3) |
| | 18 U.S.C. § 2253 Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about July 30, 2022, and continuing through on or about November 27, 2022, in the Eastern District of Washington, the Defendant, JOHNATHAN FREEMAN HUNT, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: images depicting minor

INDICTMENT - 1

and prepubescent children engaging in sexually explicit conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 2

On or about July 30, 2022, and continuing through on or about November 27, 2022, in the Eastern District of Washington, the Defendant, JOHNATHAN FREEMAN HUNT, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: images depicting minor and prepubescent children engaging in sexually explicit conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 3

On or about November 30, 2022 in the Eastern District of Washington, the Defendant, JOHNATHAN FREEMAN HUNT, did knowingly possess material in addition to the material alleged in Count 1, which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT - 2

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense or offenses in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1), and/or 18 U.S.C. § 2252(a)(5)(B), (b)(2), as set forth in this Indictment, the Defendant, JOHNATHAN FREEMAN HUNT, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including, but not limited to:

- a 2 TB Western Digital Hard Drive, Model: WDBY8L0020BBK; Serial No.:WX21E42UE328; and

- an HP Laptop, Serial No.: 5CD7379XP9 and 1 TB HGST Hard Drive Disk, Model: HTS721010A9E630; Serial No.: 170302JR1004BN1009TM.

DATED this 6 day of September, 2023.

A TRUE BILL

*Vanessa Wilder* (signature)
Vanessa Waldref
United States Attorney

*Ann T. Wick* (signature)
Ann T. Wick
Assistant United States Attorney

INDICTMENT - 3